# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-20350
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

September 26, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

YAVONNE HAND,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CR-446-1

———————————————————

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Yavonne Hand has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hand has filed a response. We have reviewed counsel's

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-20350

brief and the relevant portions of the record reflected therein, as well as Hand's response and incorporated motions.

We lack jurisdiction to review the magistrate judge's order imposing Hand's conditions of pretrial release. *See* 28 U.S.C. § 1291; 18 U.S.C. § 3145(a)(2), (c); *United States v. Baltazar-Sebastian*, 990 F.3d 939, 943-44 (5th Cir. 2021). However, we concur with counsel's assessment that the appeal of the district court's order revoking Hand's detention presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED in part for lack of jurisdiction and in part as frivolous. *See* 5TH CIR. R. 42.2. Hand's motions are DENIED.